UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA FENCL – BERTRAM, | ) | RECEIVED |
| | ) | APRIL 7, 2008   YM |
| Plaintiff, | ) No. | 08CV1967 |
| | ) | JUDGE KENDALL |
| v. | ) | MAGISTRATE JUDGE KEYS |
| | ) | |
| TRANSOLUTIONS, INC., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

## COMPLAINT

NOW COMES Plaintiff, Patricia Fencl – Bertram ("Fencl-Bertram"), by and through her attorneys, Barry A. Gomberg & Associates, Ltd., and as and for her Complaint against the Defendant alleges as follows:

### PARTIES

1. Fencl - Bertram is a fifty-eight (58) year-old resident of the State of Illinois residing in Cook County at 8525 N. Milwaukee, Niles, Illinois 60714.

2. Defendant fashions itself as a technology-driven healthcare information company providing medical transcription and advanced text-based products and services to acute care facilities, clinics and surgery centers with its corporate office located in the State of Illinois, County of Lake, at 18 N. Waukegan Rd., Lake Bluff, Illinois 60044.

### JURISDICTION AND VENUE

3. The claims against Defendant are for age discrimination pursuant to the Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. § 621 et seq.

4. Jurisdiction is conveyed upon this Court for the ADEA claim by virtue of 28 U.S.C. § 1343 as this claim arises under the laws of the United States of America.

5. Venue is appropriate in the Northern District of Illinois, Eastern Division by virtue of 28 U.S.C. § 1391 as Fencl – Bertram's residence, the Defendant's business, and the events or omissions giving rise to this claim are located in the counties served by the Northern District of Illinois, Eastern Division.

## COUNT I – AGE DISCRIMINATION

6. Fencl – Bertram re-alleges and incorporates as if fully set forth herein paragraphs 1 though 5 above.

7. Pursuant to Section 14(b) of the ADEA, 29 U.S.C. § 633(b), Fencl – Bertram has filed this cause more than sixty (60) days after the filing of a Charge of Discrimination with the State of Illinois Department of Human Rights ("IDHR"), pursuant to the requirements of the ADEA and the Equal Employment Opportunity Commission ("EEOC"), a copy of which is attached hereto as Exhibit A and fully incorporated herein by reference.

8. Fencl – Bertram has filed this cause pursuant to a Notice of Right to Sue issued by the EEOC within the statutory time requirement, a copy of which is attached hereto as Exhibit B.

9. In direct violation of the ADEA, Defendant engaged in the age discriminatory acts described in the Charge of Discrimination, attached as Exhibit A and fully incorporated herein by reference.

10. As a result of Defendant's discriminatory conduct, as aforesaid, Fencl – Bertram has been damaged in her career and has otherwise suffered monetary and non-monetary damage.

WHEREFORE, Plaintiff Patricia Fencl – Bertram prays for judgment against Defendant as follows:

A. For damages in an amount equal to Fencl – Bertram's backpay from August 10, 2007 through the present;

B. For an award of compensatory damages for Fencl – Bertram's injury to her career, emotional pain and suffering, inconvenience, mental anguish, loss of enjoyment of life, and other non-pecuniary damages and fringe benefits;

C. For reinstatement to her previous position, or in the alternative, for front pay.

D. For attorney's fees and costs of this suit.

E. For such other and further relief as is just and equitable.

## COUNT II – ADEA – WILLFUL VIOLATION

11. Fencl – Bertram re-alleges and incorporates as if fully set forth herein paragraphs 1 – 10 above.

12. Defendant's discriminatory conduct, as aforesaid, was intentional and/or in reckless disregard for Fencl – Bertram's rights under the law and these acts constitute willful indifference to said rights.

WHEREFORE, Plaintiff Patricia Fencl - Bertram prays for judgment against Defendant as follows:

A. For damages in an amount equal to Plaintiff's back pay and benefits from August 10, 2007 through the present pursuant to Section 7(b) of the ADEA, 29 U.S.C. Section 626(b);

B. For liquidated damages in an amount equal to Plaintiff's actual damages;

3

C. For reinstatement to her previous position, or in the alternative for front pay, pursuant to Section 7(e) of the ADEA, 29 U.S.C. 626(e);

D. For attorney's fees and costs of this suit, pursuant to Section 7(b) of the ADEA, 29 U.S.C. Section 626(c).

E. For such other and further relief as is just and equitable.

Respectfully submitted,

PATRICIA FENCL – BERTRAM

By:     s/ Barry A. Gomberg
        One of Her Attorneys

Barry A. Gomberg
Brian S. Schwartz
Barry A. Gomberg & Associates, Ltd.
53 W. Jackson Blvd., Suite 1350
Chicago, Illinois 60604
(312) 922-0550 tel.
(312) 922-0066 fax.

Dated: April 7, 2008

02/01/2008 11:45 312-814-6251

Case 1:08-cv-01967  Document 1-2  Filed 04/07/2008  Page 1 of 1

U.S. GPO 1985 O 482 051

ADR-08W1109.01

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; see Privacy ct Statement on reverse before completing this form

| ENTER CHARGE NUMBER |
| --- |
| ☒ IDHR |
| ☒ EEOC  2008CA133_ |

IDHR and EEOC
(State or local Agency, if any)

| NAME (Indicate Mr., Ms., or Mrs.) | HOME TELEPHONE NO. (Include Area Code) |
| --- | --- |
| Ms. Patricia Fencl-Bertram | 847-966-3246 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| --- | --- | --- |
| 8525 N. Milwaukee | Niles, IL 60714 | Cook County |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
| --- | --- | --- |
| Transolutions, Inc. | 240 employees | 847-574-2163 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
| --- | --- |
| 18 N. Waukegan Road | Lake Bluff, IL 60044 |

| NAME | TELEPHONE NUMBER (Include Area Code) |
| --- | --- |
|  |  |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
| --- | --- |
|  |  |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ AGE  ☐ RETALIATION  ☐ OTHER (Specify) Disability

DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE
(Month, day, year) August 10, 2007

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s)):

I. On December 16, 2002 Complainant began employment with Respondent as Vice President of Human Resources and Quality at 18 N. Waukegan Road, Lake Bluff, IL 60044.

II. Respondent has subjected Complainant to discrimination based on age (10/26/1949) by its agents and representatives.

III. Complainant holds a position similar to her peers yet is receiving a significantly lower salary based on her age.

IV. Respondent terminated Complainant on August 10, 2007 because of her age.

V. Complainant was meeting the legitimate expectations of Respondent.

VI. Similarly situated and younger employees with Respondent were treated more favorably.

VII. As a result of the aforementioned discrimination, Respondent has caused Complainant to suffer extreme emotional distress.

VIII. As a result of the aforementioned discrimination, Respondent has caused Complainant to suffer pecuniary losses.

08CV1967
JUDGE KENDALL  YM
MAGISTRATE JUDGE KEYS

☒ I also want this charge filed with the EEOC.
I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

Official Seal
Notary Public State of Illinois
My Commission Expires 08/09/2009

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)
November 7, 2007

Notary Stamp


PLAINTIFF'S EXHIBIT A

DEPT. OF HUMAN RIGHTS
INTAKE UNIT

NOV 09 2007
RECEIVED
BY_____

EEOC Form 161-B (3/98)    **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Patricia Fencl-Bertram<br>8525 N Milwaukee<br>Niles, IL 60714 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |
|---|---|---|---|

CERTIFIED MAIL 7099 3400 0014 4054 3058

[ ]  On behalf of person(s) aggrieved whose identity is
     CONFIDENTIAL (29 CFR §1601.7(a))

08CV1967
JUDGE KENDALL  YM

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2008-00442 | Armernola P. Smith,<br>State & Local Coordinator | MAGISTRATE JUDGE KEYS<br>(312) 886-5973 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[ ] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*John P. Rowe*                               02/13/2008

Enclosures(s)                    John P. Rowe,                    (Date Mailed)
                                 District Director

cc:     TRANSOLUTIONS INC


PLAINTIFF'S EXHIBIT B