**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Patricia Fencl-Bertram, Plaintiff, | |
| v. | |
| Transolutions, Inc., Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Patricia Fencl-Bertram

```
FILED
APRIL 7, 2008                              YM
08CV1967
JUDGE KENDALL
MAGISTRATE JUDGE KEYS
```

| NAME (Type or print) |
|---|
| Barry A. Gomberg |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Barry A. Gomberg |

| FIRM |
|---|
| Barry A. Gomberg & Associates, Ltd. |

| STREET ADDRESS |
|---|
| 53 West Jackson Blvd., Suite 1350 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | (312) 922-0550 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐