# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
Patricia Fencl-Bertram

Case Number: 08 cv 1967

v.

Transolutions, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Transolutions, Inc.

| |
|---|
| NAME (Type or print) <br> Brian N. Woolley |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Brian N. Woolley |
| FIRM <br> Lathrop & Gage L.C. |
| STREET ADDRESS <br> 2345 Grand Boulevard, Suite 2800 |
| CITY/STATE/ZIP <br> Kansas City, Missouri  64108 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6188643 | TELEPHONE NUMBER <br> 816-292-2000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐