UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA FENCL – BERTRAM, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1967 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | Magistrate Judge Keys |
| TRANSOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT INITIAL STATUS REPORT**

Now comes the Plaintiff, Patricia Fencl – Bertram, by and through her attorneys, Barry A. Gomberg & Associates, Ltd., and the Defendant, Transolutions, Inc., by and through its attorneys, Brian N. Woolley, Lathrop & Gage L.C., and Sara E. Lorber, Seyfarth Shaw LLP, and hereby submit the following Joint Initial Status Report:

**Attorneys of Record:**

For Plaintiff:

Barry A. Gomberg
Brian S. Schwartz
Barry A. Gomberg & Associates, Ltd.
53 W. Jackson Blvd., Suite 1350
Chicago, IL 60604
(312) 922-0550

For Defendant:

Brian N. Woolley
Lathrop & Gage L.C.
2345 Grand Blvd., Suite 2800
Kansas City, MO 64108
(816) 292-2000

Sara E. Lorber
Seyfarth Shaw LLP
131 S. Dearborn St., Suite 2400
Chicago, IL 60603
(312) 460-5000

**Basis For Federal Jurisdiction:**

Jurisdiction is conveyed upon this Court by virtue of 28 U.S.C. § 1343 as the claims in this case arise under the laws of the United States of America.

**Nature of Claims Asserted:**

The claims in this case are for age discrimination pursuant to the Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. § 621 et seq.

**Principal Legal And Factual Issues:**

Plaintiff was formerly employed by Defendant. Defendant asserts that as a result of business circumstances, several management positions, including Plaintiff's position, were eliminated in 2007 as part of a reduction in force. Plaintiff contends that she was terminated because of her age and had been paid a lower salary than peers. Defendant responds that Plaintiff's age was not a factor in the reduction in force decision and she was not paid a lower salary than any peer.

Principal legal issues include (1) whether Plaintiff can establish a prima facie case of age discrimination in this reduction in force situation; (2) whether Defendant has articulated a legitimate non-discriminatory reason for its actions; (3) whether Plaintiff can prove that the Defendants reasons were pretextual; and, (4) whether Plaintiff can prove Defendant's actions were willful.

**Whether A Jury Has Been Requested:**

A jury trial has been requested.

**Status of Discovery to Date and Anticipated Discovery:**

The parties have not yet engaged in discovery, but will do so shortly. The parties will exchange Rule 26(a)(1) disclosures, propound written discovery requests, and take depositions.

**Earliest Date Parties Would Be Ready For Trial:**

The parties will be ready for trial in the Spring of 2009.

**Proceeding Before Magistrate Judge:**

The parties do not consent to proceed before the Magistrate Judge at this time.

**Status of Settlement Discussions:**

The parties explored settlement prior to the filing of this case, but were unable to reach an agreement.

        Respectfully submitted,

        PATRICIA FENCL – BERTRAM

        s/ Brian S. Schwartz

Barry A. Gomberg
Brian S. Schwartz
Barry A. Gomberg & Associates, Ltd.
53 W. Jackson Blvd., Suite 1350
Chicago, IL 60604
(312) 922-0550

## CERTIFICATE OF SERVICE

To:    Brian N. Woolley
Lathrop & Gage L.C.
2345 Grand Blvd., Suite 2800
Kansas City, MO 64108
(816) 292-2000

Sara E. Lorber
Seyfarth Shaw LLP
131 S. Dearborn St., Suite 2400
Chicago, IL 60603
(312) 460-5000

    I, Brian S. Schwartz, certify that I caused a true and correct copy of the attached Joint Initial Status Report to be served on the above listed counsel of record via CM/ECF Filing on June 18, 2008.

                                        s/ Brian S. Schwartz