UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Patricia Fencl–Bertram
                Plaintiff,

v.                                 Case No.: 1:08–cv–01967
                                          Honorable Virginia M. Kendall

TRANSOLUTIONS, INC.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 23, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held and continued to 1/5/2009 at 09:00 AM. All fact discovery shall be completed by 12/31/2008. All expert discovery shall be completed by by 1/30/2009. Dispositive motions with supporting memoranda due by 2/9/2009. Responses due by 3/9/2009. Replies due by 3/23/2009. Court will rule by mail. Jury Trial set for 6/8/2009 at 09:00 AM. Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.